371 A.2d 230
Commonwealth v. Jones, Appellant.

Submitted September 12, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.

371 A.2d 230
Commonwealth v. Jones, Appellant.

Submitted March 16, 1976. Irvin D. Ellis, for appellant;

574

Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 217

Commonwealth v. Kehl, Appellant.

Submitted February 23, 1976. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Charles F. Wilson, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 230

Commonwealth v. Kirkpatrick, Appellant.

Submitted February 23, 1976. Roy Davis and Ernest Kardas Assistant Public Defenders, for appellant; Anna Iwachiw Vadino, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.